AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Edward Richmond Jr.**<br><br>_Defendant_ | )<br>) Case: 1:23-mj-239<br>) Assigned To: Magistrate Judge Zia M. Faruqui<br>) Date: 9/5/2023<br>) Description: Complaint with Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ __Edward Richmond Jr.__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Inflicting Bodily Injury on Certain Officers
18 U.S.C. § 231(a)(3) -Civil Disorder
18 U.S.C. § 1752(a)(1) and (b)(1)(A)- Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)-.Engaging In Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(F)-Violent Entry and Disorderly Conduct.

Date: 09/05/2023

Zia M. Faruqui
2023.09.05 11:38:05 -04'00'
_Issuing officer's signature_

City and state:   Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 12/26/23, and the person was arrested on _(date)_ 1/22/24
at _(city and state)_ Baton Rouge, LA.

Date: 1-22-24

C. W
_Arresting officer's signature_

Chandler Hudspeth Special Agent
_Printed name and title_