AO 442  (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America

v.

Edward Richmond Jr.

)
)
)
)
)
)
)

Case: 1:23-mj-239
Assigned To: Magistrate Judge Zia M. Faruqui
Date: 9/5/2023
Description: Complaint with Arrest Warrant

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                      Edward Richmond Jr.                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment        ❒ Superseding Indictment      ❒ Information      ❒ Superseding Information      ☒ Complaint
❒ Probation Violation Petition      ❒ Supervised Release Violation Petition      ❒ Violation Notice      ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Inflicting Bodily Injury on Certain Officers
18 U.S.C. § 231(a)(3) -Civil Disorder
18 U.S.C. § 1752(a)(1) and (b)(1)(A)- Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)-.Engaging In Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(F)-Violent Entry and Disorderly Conduct.

Date:      09/05/2023

Zia M. Faruqui
2023.09.05 11:38:05 -04'00'

*Issuing officer's signature*

City and state:      Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/26/23 , and the person was arrested on *(date)* 1/22/24 <br> at *(city and state)* Baton Rouge, LA. |
| Date: 1-22-24                C. W <br> *Arresting officer's signature* |
| Chandler Hudspeth Special Agent <br> *Printed name and title* |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
Edward Richmond Jr.
DOB: XXXXXX

*Defendant(s)*

)
)
)
)
)
)
)
)

Case: 1:23-mj-239
Assigned To: Magistrate Judge Zia M. Faruqui
Date: 9/5/2023
Description: Complaint with Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ___ Columbia ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Inflicting Bodily Injury on Certain Officers
18 U.S.C. § 231(a)(3) -Civil Disorder
18 U.S.C. § 1752(a)(1) and (b)(1)(A)- Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)-.Engaging In Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(F)-Violent Entry and Disorderly Conduct.

This criminal complaint is based on these facts:

See attached statement of facts.

X Continued on the attached sheet.

_____
*Complainant's signature*

Heang P. Ly, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 09/05/2023 _____

Zia M. Faruqui
2023.09.05 11:38:29
-04'00'

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

Your affiant, Heang P. Ly, is a Special Agent with the Federal Bureau of Investigation ("FBI") and is assigned to the Washington Division, tasked with investigating criminal activity in and around the United States Capitol grounds.  As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

I have been employed by the FBI for over nine years and as a Special Agent since 2014.  During my tenure with the FBI, I have investigated and participated in the investigations of a variety of criminal matters and, among other things, have conducted or participated in surveillance, investigative interviews, the service of Administrative and Grand Jury subpoenas, review of records, and the execution of search warrants, involving both physical and electronic evidence. Currently, as part of my duties, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021.

Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports.  Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States.  The dates listed in this Affidavit should be read as "on or about" those dates.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police.  Only authorized people with appropriate identification were allowed access inside the U.S. Capitol.  On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C.  During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On or about January 12, 2021, an FBI agent reviewing social media videos of the events of January 6 at the Capitol identified an individual with a police baton assaulting police officers in the Lower West Terrace entrance of the Capitol (known as "the tunnel"). The individual was wearing a helmet, goggles, shoulder pads, and a Louisiana State Flag patch on his chest. This individual also carried an orange two-way radio on his chest. Based on this video footage, the agent added this individual to an FBI wanted poster, which was released to the public as BOLO 182.

On or about February 9, 2021, a tip was received via the FBI tip line. The tipster stated that the individual nicknamed "#bufflightyear" on the Twitter feed "#seditionhunters," who corresponded to FBI BOLO 182 on the same feed, resembled a former neighbor of approximately 12 years, named Edward RICHMOND. The tipster stated that RICHMOND served in the military and lived his entire life in Louisiana. The tipster provided an address for RICHMOND as an address on Cornerview Road in Geismar, LA, and a phone number ending in 2124. A search of law enforcement databases confirmed that the address and phone number are associated with an Edward Richmond Jr., currently 39 years old. The address also matches the address on one of RICHMOND's state issued identifications.[1]

On or about April 20, 2021, after receiving another tip, an FBI agent interviewed a confidential witness ("CW-1") regarding the January 6 events at the United States Capitol. CW-1 stated he/she had traveled to Washington D.C. from Ohio with a group of approximately nine other individuals who planned to attend the rallies planned for the day. CW-1 was shown a photo of the security team hired to travel with CW-1, which was posted by CW-1 on his/her social media account. In the photo, CW-1 identified a man wearing a black helmet, goggles, shoulder pads, an orange 2-way radio, and a patch on his chest of the Louisiana state flag, as "EDDIE."

---

[1] Richmond has several different listed addresses on various state-issued identifications.

CW-1 stated he/she did now know "EDDIE's" full name. The man CW-1 identified in the photo as "EDDIE" is the same person previously identified by law enforcement as BOLO 182. CW-1 also stated that "EDDIE" stayed at the Phoenix Park Hotel, located at 520 North Capitol St NW, Washington, D.C., with CW-1 and the rest of the group while they were in Washington for the rally. CW-1 stated that they stayed at the hotel from January 5 until January 7, 2021.

The photograph below is the same photograph obtained from CW-1's social media account and shown to CW-1 by FBI agents, which was used to positively identify RICHMOND.



(Image 1:  photograph of January 6, 2021 from social media.)

A grand jury subpoena served to the Phoenix Park Hotel confirmed that Edward RICHMOND stayed at the hotel from January 5, 2021 through January 7, 2021. The address on the hotel's file matches the address on RICHMOND's current Louisiana State identification card which contained an address in Baton Rouge, LA with zip code 70817[2] (RICHMOND does not appear to have a current valid driver's license). The phone number on file with the Phoenix Park Hotel ended in 6657.[3] A search of law enforcement databases confirmed that the address is associated with Edward RICHMOND Jr. Additionally, a subpoena to AT&T confirmed that the phone number ending in 6657 that was provided is subscribed to Edward L. Richmond.

In addition, your affiant obtained a copy of the CCTV footage from the Phoenix Park Hotel located in Washington, D.C., from January 6, 2021. Upon reviewing the CCTV footage, at approximately 5:42 p.m., a CCTV camera installed in the lobby of the Phoenix Park Hotel captures RICHMOND, returning to the hotel, wearing the same equipment and attire as he is wearing in the photo depicted above. Below is a still from the Phoenix Park Hotel CCTV footage on January 6, 2021.



(Image 2:  CCTV footage from the Phoenix Park Hotel on January 6, 2021.)

FBI reviewed images and video from the U.S. Capitol on January 6 and identified an individual whose appearance is consistent with the individual in Image 1 above and the surveillance footage from the Phoenix Park Hotel (Image 2).

---

[2] The full address is known to the affiant but is not included here because the government anticipates that this statement of facts will be made public.

[3] The full phone number is known to the affiant but is not included here because the government anticipates that this statement of facts will be made public.

Below are additional still images taken from videos of RICHMOND that were obtained or provided to the FBI following the events of January 6 2021 and that were also reviewed by the Affiant, and are recognizable as being taken at the Capitol on January 6, 2021.

As is consistent with other photographs, including Image 1 above, in the images below Richmond is wearing orange-lined goggles and shoulder pads; and in one image below, he also wears a black helmet as consistent with Image 1. In two of the images below, the blue Louisiana state patch is visible on his chest.



(Image 3:  still of RICHMOND from FBI obtained footage on January 6, 2021.)



(Image 4:  still of RICHMOND on January 6, 2021, from FBI obtained footage on January 6, 2021.)



(Image 5:  Photo of RICHMOND from open source on January 6, 2021.)

Your affiant obtained a copy of the U.S. Capitol's closed-circuit video ("CCTV") footage from January 6, 2021, showing the events at the Lower West Terrace entrance.  Your affiant recognizes RICHMOND in the CCTV footage as the same individual in the photographs above.  In the CCTV footage, RICHMOND can be observed wearing the same black helmet, orange-lined goggles, shoulder pads, and distinct Louisiana state flag patch as he is wearing in some of the photos set forth above.  Additionally, in the obtained footage and Body Worn Camera ("BWC") videos from January 6, 2021, RICHMOND can be observed using a baton to strike the officers in the Lower West Terrace tunnel multiple times.  Below is a screen shot

taken from the CCTV footage, highlighting RICHMOND's location at the Lower West Terrace entrance.



(Image 6:  still from CCTV on January 6, 2021 depicting RICHMOND at entrance of Lower West Terrace tunnel.)

Additionally, your affiant obtained a copy of the BWC footage of several officers who were located in the Lower West Terrace tunnel on January 6, 2021.  In that footage, one can see RICHMOND striking law enforcement officers with a black baton in the tunnel.

Below is a screen shot of RICHMOND raising the baton before striking the officers in the tunnel.  In the below images, RICHMOND can be observed wearing the same equipment and Louisiana state flag patch he is seen wearing in the photos above—several of which show RICHMOND near the Lower West Terrace tunnel entrance.



(Image 7:  still from BWC on January 6, 2021 at approximately 4:56 p.m. depicting RICHMOND raising his baton to strike officers in the Lower West Terrace tunnel.)

Below is a still image from a video of RICHMOND at the Lower West Terrace tunnel entrance, wearing a helmet and goggles, and holding a baton, just before he assaulted police officers with the baton.



(Image 8:  still of RICHMOND from FBI obtained footage on January 6, 2021.)

On or about November 20, 2022, a Confidential Witness ("CW-2"), with whom RICHMOND had a prior continuing and close relationship was shown the following photos, in addition to Images 2, 3, and 5 above, all of which have been identified as being taken in Washington D.C. on January 6. The set of photographs shown to CW-2 included images from the Capitol, an image with the Washington Monument visible in the background, and an image from surveillance footage obtained from the Phoenix Park Hotel.



(Image 9:  still of RICHMOND from FBI obtained footage on January 6, 2021.)



(Image 10:  photo of RICHMOND from open source, publicly found photographs taken on January 6, 2021.)



(Image 11:  still of RICHMOND from FBI obtained footage on January 6, 2021.)



(Image 12:  still of RICHMOND from FBI obtained footage on January 6, 2021.)



(Image 13:  still of RICHMOND from FBI obtained footage on January 6, 2021.)

After reviewing the above photos, CW-2 stated that all of the photos were of RICHMOND, or had RICHMOND in them.  CW-2 then stated that, "he looks like he's going to war," in reference to the appearance of RICHMOND in the photos.

Based on the foregoing, your affiant submits that there is probable cause to believe that RICHMOND violated 18 U.S.C. §§ 111(a)(1) and (b), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in Section 1114 of Title 18 engaged in or on account of the performance of official duties. Persons designated within 18 U.S.C. § 1114 include any person assisting an officer or employee of the United States in the performance of their official duties. Subdivision (b) includes an enhancement for violating this provision while using a deadly or dangerous weapon or causing bodily injury.

Based on the foregoing, your affiant submits there is probable cause to believe that RICHMOND violated 18 U.S.C. § 231(a)(3)**,** which makes it a crime to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer

12

lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. "Civil disorder" means any public disturbance involving acts of violence by assemblages of three or more persons, which causes an immediate danger of or results in damage or injury to the property or person of any other individual. "Federally protected function" means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof.

Based on the foregoing, your affiant submits there is probable cause to believe that RICHMOND violated 18 U.S.C. §§ 1752(a)(1), (2), (4), and (b)(1)(A), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and (4) knowingly engage in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance. Subdivision (b)(1)(A) includes an enhancement for violating this provision while using or carrying a deadly or dangerous weapon.

Lastly, based on the foregoing, your affiant submits that there is probable cause to believe that RICHMOND violated 40 U.S.C. § 5104(e)(2)(F) (Violent Entry and Disorderly Conduct), which makes it a crime to willfully and knowingly engage in an act of physical violence in the Grounds or any of the Capitol Buildings.

_____

Heang P. Ly
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 5th day of  September 2023.

Zia M. Faruqui
2023.09.05 11:37:34
-04'00'

_____
HON. ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
Edward Richmond Jr.

_____
*Defendant*

)
)
)
)
)
)

Case: 1:23-mj-239
Assigned To: Magistrate Judge Zia M. Faruqui
Date: 9/5/2023
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To:    Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*　　　　Edward Richmond Jr.　　　　　　　　　　　　　,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Inflicting
Bodily Injury on Certain Officers
18 U.S.C. § 231(a)(3) -Civil Disorder
18 U.S.C. § 1752(a)(1) and (b)(1)(A)- Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous
Weapon
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)-.Engaging In Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(F)-Violent Entry and Disorderly Conduct.

Date: _____09/05/2023_____

Zia M. Faruqui
2023.09.05 11:38:05 -04'00'

_____
*Issuing officer's signature*

City and state: _____Washington, D.C._____

Zia M. Faruqui, U.S. Magistrate Judge
_____
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    Case: 1:23-mj-239 |
| | :    Assigned To: Magistrate Judge Zia M. Faruqui |
| **v.** | :    Date: 9/5/2023 |
| | :    Description: Complaint with Arrest Warrant |
| | : |
| **EDWARD RICHMOND JR.** | :    **VIOLATIONS:** |
| | :    **18 U.S.C. §§ 111(a)(1) and (b)** |
| **Defendant.** | :    **(Assaulting, Resisting, or Impeding** |
| | :    **Certain Officers Using a Dangerous** |
| | :    **Weapon and Inflicting Bodily Injury on** |
| | :    **Certain Officers)** |
| | :    **18 U.S.C. § 231(a)(3)** |
| | :    **(Civil Disorder)** |
| | :    **18 U.S.C. § 1752(a)(1) and (b)(1)(A)** |
| | :    **(Entering and Remaining in a Restricted** |
| | :    **Building or Grounds with a Deadly or** |
| | :    **Dangerous Weapon)** |
| | :    **18 U.S.C. § 1752(a)(2)** |
| | :    **(Disorderly and Disruptive Conduct in a** |
| | :    **Restricted Building or Grounds)** |
| | :    **18 U.S.C. § 1752(a)(4)** |
| | :    **(Engaging In Physical Violence in a** |
| | :    **Restricted Building or Grounds)** |
| | :    **40 U.S.C. § 5104(e)(2)(F)** |
| | :    **(Violent Entry and Disorderly Conduct)** |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal Criminal Complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.      IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Affidavit in Support of Motion to Seal Criminal Complaint and other related materials, the instant application to seal, and this Order are sealed until the Arrest Warrant is executed.

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the

public docket of the Arrest Warrant until it is executed.

Zia M. Faruqui
2023.09.05
11:36:09 -04'00'

Date:09/05/2023

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
**Magistrate No. 24-MJ-6-UNA**

-vs-
**AUSA: Lyman E. Thornton, III**

**EDWARD RICHMOND, JR.**

| JUDGE: | Erin Wilder-Doomes | DATE: | January 23, 2024 |
|---|---|---|---|
| DEPUTY CLERK: | Brandy Lemelle Route | TAPE/REPORTER: | |
| INTERPRETER: | | PRETRIAL/PROBATION: | Joseph Molyneaux |
| | | | Megan L. Shields |

### RULE 5(c)(3) HEARING

John S. McLindon made an appearance on behalf of Defendant Edward Richmond, Jr. ("Richmond").

Competency was established. Richmond was advised of his rights and the purpose of this hearing on charges pending in the District of Columbia.

The defense waived formal reading. The court summarized the Criminal Complaint to Richmond, advising him of the substance of the pending charges.

The government moved for a detention hearing under 18 U.S.C. §3142(f)(1)(A) on the basis that the offense involves a crime of violence, 18 U.S.C. §3142(f)(1)(E) on the basis that the offense involves the possession of a dangerous weapon, and 18 U.S.C. §3142(f)(2)(A) on the basis that Richmond is a serious risk of flight based on attempts to evade law enforcement and lack of identification documentation.

Richmond was advised of his right to identity and preliminary hearings, and transfer of the case to this district under Fed. R. Crim. Proc. 20.

CR26T2:55

Richmond completed the Waiver of Rule 5 and 5.1 Hearings, confirming waiver of identity and preliminary hearings and requesting that the detention hearing be held in the Middle District of Louisiana. The waiver was filed with the court.

The Court took judicial notice of the factual information contained in the bond report.

FBI Agent Chandler Hudsbeth was sworn and testified on behalf of the government.

Government Exhibits US-2, US-3-a, US-3-b, US-3-c and US-4 were offered and admitted without objection.

The defense cross-examined Agent Chandler Hudsbeth.

The government redirected.

Government Exhibit US-3d was offered and admitted without objection.

The government rested.

The Defense proffered information to the court.

Defense Exhibits D-1 through D-3 were offered and admitted without objection.

The parties presented argument.

The court took a recess to review admitted exhibits and to meet with the United States Pretrial Services Office.

In accordance with Fed. R. Crim. Proc. 5(f), the Court confirmed the United States' disclosure obligations pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and ordered the government to comply. The government was advised that failure to comply may result in the imposition of consequences by the court.  The government expressed understanding.  A separate, order will also issue.

For oral reasons given, the court found that the government did not meet its burden of establishing by a preponderance of the evidence that Richmond is a risk of flight or by clear and convincing evidence that Richmond is a danger to others or the community because conditions exist that will reasonably assure his appearance and the safety of others and the community.

With regard to the risk of nonappearance, the government primarily relies on lack of a driver's license, expired Louisiana ID with an incorrect address, the change to his phone number shortly after the events of Jan. 6, 2021 and the fact that law enforcement went to several addresses available through open source while attempting to locate Richmond but did not find him at any of those. However, the defense provided documentation of attempts to contact law enforcement and the prosecutor involved in the case as early as January 2022 offering to put law enforcement in contact with Mr. Richmond (Defense Exh. D-1).  While law enforcement undoubtedly had reasons for not accepting counsel's offer, having a lawyer contact law enforcement does not suggest an effort to flee or avoid prosecution.  Also, having a minor child in high school for whom he appears to be the sole caregiver minimizes the risk that Richmond would attempt to flee.

While nature and circumstances of the offense and weight of the evidence weigh in favor of detention, history and characteristics of the defendant is neutral with information weighing in favor of and against release. With regard to the nature and seriousness of the danger Richmond poses overall, on one hand Richmond appears to be a loving father to his son.  On the other, he has a conviction for a crime of violence from 2005 and he is currently charged with a crime of violence.  However, the government appears to have had information for two years that could have allowed it to contact with Richmond sooner.  Again, while there

may be good reasons for the government not to move quickly, that certainly suggests that Richmond may not be the threat the government now argues he is.  Finally, regarding Richmond's alleged firearm possession as a prohibited person, any release conditions would necessarily include a restriction from the possession of firearms.

Edward Richmond, Jr. was ordered RELEASED with conditions.

The court reviewed the conditions of release with Richmond, which he signed.  The court then reviewed the consequences of a release violation.

************

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          MAGISTRATE CASE

VERSUS                                                      23-MJ-6-UNA

EDWARD RICHMOND, JR.

## ORDER

Pursuant to the Fed. R. Crim Proc. 5(f), the Court confirms the government's obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so.  Failure to comply may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

Signed in Baton Rouge, Louisiana, on January 23, 2024.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| EDWARD RICHMOND, JR. | ) |
| | ) |
| *Defendant* | ) |

Case No.   24-mj-6-UNA-1

Charging District's Case No.   1:23-mj-239

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____
District of Columbia                                                                                          .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☑     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     01/23/2024                                    _____
                                                                                    *Defendant's signature*

                                                                    Edward Richmond, Jr.

                                                                    _____
                                                                                    *Signature of defendant's attorney*

                                                                    John S. McLindon
                                                                    *Printed name of defendant's attorney*

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

Page 1 of ____4____ Pages

# UNITED STATES DISTRICT COURT
### for the
Middle District of Louisiana

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   24-MJ-6-UNA |
| EDWARD RICHMOND, JR. | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:     United States District Court, District of Columbia (date and time TBD)

*Place*

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                                    Page __2__ of __4__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( [ ] ) (6)   The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
                        Custodian                                                    Date

( [✓] ) (7)   The defendant must:
( [✓] ) (a)   submit to supervision by and report for supervision to the   U.S. Probation & Pretrial Services Office                ,
telephone number   225-389-3600   , no later than   immediately upon release   .
( [✓] ) (b)   continue or actively seek employment.
( [ ] ) (c)   continue or start an education program.
( [ ] ) (d)   surrender any passport to: _____
( [✓] ) (e)   not obtain a passport or other international travel document.
( [✓] ) (f)   abide by the following restrictions on personal association, residence, or travel:   Travel restricted to the Middle District of Louisiana and District of Columbia unless preapproved by U.S. Probation & Pretrial Services, or supervising officer.
( [✓] ) (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
( [✓] ) (h)   get medical or psychiatric treatment:   as directed by U.S. Probation & Pretrial Service Office
( [ ] ) (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
( [ ] ) (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( [✓] ) (k)   not possess a firearm, destructive device, or other weapon.
( [ ] ) (l)   not use alcohol ( [ ] ) at all ( [ ] ) excessively.
( [✓] ) (m)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( [✓] ) (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( [✓] ) (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( [ ] ) (p)   participate in one of the following location restriction programs and comply with its requirements as directed.
( [ ] ) (i)   **Curfew.** You are restricted to your residence every day ( [ ] ) from _____ to _____, or ( [ ] ) as directed by the pretrial services office or supervising officer; or
( [ ] ) (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
( [ ] ) (iii)   **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
( [ ] ) (iv)   **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions.  However, you must comply with the location or travel restrictions as imposed by the court.
Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release

Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed:
  ( ☐ ) (i)     Location monitoring technology as directed by the pretrial services or supervising officer; or
  ( ☐ ) (ii)    Voice Recognition; or
  ( ☐ ) (iii)   Radio Frequency; or
  ( ☐ ) (iv)    GPS.

( ☐ )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ )  (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ )  (t)  participate in a program of anger management, as directed by U.S. Probation & Pretrial Service Office

AO 199C  (Rev. 09/08)  Advice of Penalties

Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*                                   Edward Richmond, Jr.

_____
*City and State*                                   Baton Rouge, Louisiana

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

(    ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____1/23/2024_____        _____
                                                               *Judicial Officer's Signature*

_____
ERIN WILDER-DOOMES, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

CLOSED

# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
## CRIMINAL DOCKET FOR CASE #: 3:24-mj-00006-UNA-1

Case title: USA v. Richmond

Date Filed: 01/22/2024

Other court case number: 1-23-MJ-239 District of Columbia

Date Terminated: 01/24/2024

---

Assigned to: Judge Unassigned

**Defendant (1)**

**Edward Richmond , Jr**
*TERMINATED: 01/24/2024*

represented by **John S. McLindon**
John S. McLindon
12345 Perkins Road
Baton Rouge, LA 70810
225-408-0362
Email: john@mclindonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                              **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

18:111.F, 18:231.F, 18:1752.F, 40:5104E.M

---

**Plaintiff**

**USA**                                          represented by **Lyman E. Thornton , III**
DOJ-USAO
LRM: Bailey, Celia

Russell B. Long Federal Buildi
777 Florida Street, Suite 208
Baton Rouge, LA 70801
225-389-0443
Email: lyman.thornton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States*
*Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2024 | 1 | Charging Documents from the District of Columbia in a Rule 5(c)(3) case as to Edward Richmond, Jr. (BLR) (Entered: 01/22/2024) |
| 01/22/2024 | 2 | NOTICE OF HEARING as to Edward Richmond, Jr.: Initial Appearance set for 1/23/2024 at 10:00 AM in Courtroom 5 before Magistrate Judge Erin Wilder-Doomes. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(BLR) (Entered: 01/22/2024) |
| 01/23/2024 | 3 | ***SEALED Pretrial Bond Report filed by USPO as to Edward Richmond, Jr.. (For your free look at document, enter your Individual PACER login and pw to confirm your right to view) (Shields, Megan) (Entered: 01/23/2024) |
| 01/23/2024 | 4 | MINUTE ENTRY for proceedings held before Magistrate Judge Erin Wilder-Doomes:Initial Appearance in Rule 5(c)(3) Proceedings as to Edward Richmond, Jr. held on 1/23/2024. Richmond was advised of his rights and the purpose of this hearing on charges pending in the District of Columbia. Court summarized the Criminal Complaint. Government moved for detention. Richmond was advised of rights under Fed. R. Crim. Proc. 20. Richmond completed Waiver of Rule 5 and 5.1 Hearings, confirming waiver of identity and preliminary hearings and requesting that the detention hearing be held in the Middle District of Louisiana. Testimony was given. For oral reasons given, the court found that the government did not meet its burden of establishing by a preponderance of the evidence that Richmond is a risk of flight or by clear and convincing evidence that Richmond is a danger to others or the community because conditions exist that will reasonably assure his appearance and the safety of others and the community. Edward Richmond, Jr. was ordered RELEASED with conditions.The court reviewed the conditions of release with Richmond, which he signed. The court then reviewed the consequences of a release violation. Pursuant to Local Rules, offering parties shall retain custody of exhibits. (BLR) (Entered: 01/23/2024) |
| 01/23/2024 | 5 | ORDER: Pursuant to the Due Process Protections Act 5(f), the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. Signed by Magistrate Judge Erin Wilder-Doomes on 1/23/2024. (BLR) (Entered: 01/23/2024) |
| 01/23/2024 | 6 | ORDER Setting Conditions of Release as to Edward Richmond, Jr. Signed by Magistrate Judge Erin Wilder-Doomes on 1/23/2024. (BLR) (Entered: 01/23/2024) |
| 01/23/2024 | 7 | ELECTRONIC EXHIBITS for hearing dated 1/23/2024. (BLR) (Entered: 01/23/2024) |
| 01/24/2024 | 8 | Notice from the Louisiana Middle District to District of Columbia of a Rule 5, Rule 32, or Rule 40 Appearance as to Edward Richmond, Jr.. Your case number is: 1:23-mj-239. Docket |

| | | |
|---|---|---|
| | | sheet and documents attached. (If you require certified copies of any documents, please send a request to work_box@lamd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to work_box@lamd.uscourts.gov.) (LLH) (Entered: 01/24/2024) |
| 01/24/2024 | 9 | WAIVER of Rule 5 & 5.1 Hearings as to Defendant Edward Richmond, Jr. (BLR) (Entered: 01/24/2024) |

**Case #: 3:24-mj-00006-UNA**