UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 23-MJ-239 |
| v. : | |
| **EDWARD RICHMOND, JR** : | |
| : | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Victoria A. Sheets, who may be contacted by telephone at (202) 252-7566 or e-mail at Victoria.Sheets@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

Sincerely,

*/s/ Victoria A. Sheets*
Victoria A. Sheets
NY Bar No. 5548623
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7566
victoria.sheets@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 24th day of January 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Victoria A. Sheets
Victoria A. Sheets
Assistant United States Attorney