IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 23-mj-239 – ZMF -JEB |
| | : | |
| **EDWARD RICHMOND, JR.** | : | |
| | : | |
| **Defendant.** | : | |

### MOTION FOR ADMISSION PRO HAC VICE

**To the Honorable Chief Judge James E. Boasberg:**

Comes now, John S. McLindon**,** applicant**,** and moves this Court to grant admission to the United States District Court for the District of Columbia pro hac vice to represent Edward Richmond, Jr. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and sole practitioner located at address is 12345 Perkins Rd., Bldg. 2, Suite 202, Baton Rouge, Louisiana, 70810.  Office No.: 225-408-0362, Cell No.: 225-603-6493, Email: john@mclindonlaw.com.

2. Since December of 1989, applicant has been, and presently is, a member in good standing with the State Bar of Louisiana under license number 19703. Exhibit 1 (Certificate of Good Standing – State Bar of Louisiana)(A 2024 Certificate has been ordered to be mailed and can be provided to this Court.)

3. Applicant has been admitted to practice before the following federal courts:

   - Middle District of Louisiana – admitted in 1989
   - Western District of Louisiana – admitted in 1996
   - Eastern District of Louisiana  - admitted in 2000
   - Court of Appeals for the Fifth Circuit – admitted in 1992

    Applicant is currently a member in good standing with the bars of the courts listed above.  <u>Exhibit 2</u> (Certificate of Good Standing - Middle District of LA - originating Court for this matter.)

4. Applicant has not been sanctioned or disciplined by any Court or governing body.

5. Applicant routinely files motions, briefs, memorandums, orders, and other legal documents using the ECF systems in the Middle, Eastern, and Western Louisiana US District Courts.

6. Applicant agrees to comply with the local rules of this Court if admitted pro hac vice. <u>Exhibit 3</u> (Declaration for Pro Hac Vice Admission)

7. Applicant has contacted David E. Kindermann, Attorney at Law, Bar ID 419242, Jezic & Moyse, 50 Citizens's Way, Ste. 300, Frederick, MD, 21701, Tele: 717-621-2799, Fax: 717-621-2681, Cell: 301-762-7900] who, by his signature below, agrees and requests to be named local counsel for Edward Richmond, Jr.

8. David E. Kindermann is admitted to practice in the United States District of Columbia.

**WHEREFORE,** the Applicant prays this Court enter an order permitting the admission of John S. McLindon to the United States District Court, District of Columbia as pro hac vice for this case only.

| | |
|---|---|
| */s/David E. Kindermann* | */s/ John S. McLindon* |
| **DAVID E. KINDERMANN** | **JOHN S. MCLINDON** |
| Jezic & Moyse | Attorney at Law |
| Bar ID 419242 | Louisiana State Bar No. 19703 |
| 50 Citizens's Way, Ste, 300 | 12345 Perkins Road, Bldg. 2 Ste 202 |
| Frederick, MD, 21701 | Baton Rouge, Louisiana 70810 |
| Office: 717-621-2799 | Office: (225) 408-0362 |
| Fax: 717-621-2681 | Cell:   (225) 603-6493 |
| Cell: 301-762-7900 | Email: john@mclindonlaw.com |
| Email: dkindermann@jezicfirm.com | **APPLICANT FOR ADMISSION** |
| **LOCAL COUNSEL** | **PRO HAC VICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and a copy of this **Motion for Admission Pro Hac Vice** was delivered via electronic mail to Assistant US Attorney, Victoria A. Sheets, vsheets@usa.doj.gov and any other known interested parties, on this the 26TH day of January, 2024.

>*/s/John S. McLindon*
>**JOHN S. MCLINDON**