**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 23-mj-239 – ZMF - JEB |
| | : | |
| **EDWARD RICHMOND, JR.** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

On this day came to be heard the Motion for Admission Pro Hac Vice filed by John S. McLindon, counsel for Edward Richmond, Jr., and the Court after hearing same, and considering the evidence and argument of counsel, enters the following order:

**IT IS ORDERED** that the Motion for Admission Pro Hac Vice is GRANTED, and John S. McLindon may appear on behalf of Edmond Richmond, Jr. in the above case.

**SIGNED** on this the _____ day of _____, 2024.

_____
**Honorable Chief Judge James E. Boasberg
Unites States District Court District of Columbia**