United States of America

State of Louisiana

## Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### JOHN S. MCLINDON ESQ., #19703

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 6th Day of October, 1989 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 15th Day of October, 2018, A.D.

Clerk of Court
Supreme Court of Louisiana

US v. Edward Richmond, Jr.  23-mj-239 - ZMF - JEB



DEFENDANT'S EXHIBIT 1

Exhibit 1 Page 1