

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

## CERTIFICATE OF GOOD STANDING

I, Michael L. McConnell, Clerk of the United States District Court for the Middle District of Louisiana, do hereby certify that

## John S. McLindon

was duly admitted to practice in this Court on November 30, 1989 and is in good standing as a member of the Bar of this Court.

As of this date no disciplinary actions have been filed in this Court.

Dated at Baton Rouge, Louisiana on January 25, 2024

*Michael L. McConnell*
Michael L. McConnell
Clerk, United States District Court
for the Middle District of Louisiana

**DEFENDANT'S EXHIBIT 2**