# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
Plaintiff(s) )
)
vs. )   Case Number: 23-mj-239
EDWARD RICHMOND, JR. )
)
Defendant(s)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: John S. McLindon

2. State bar membership number: Louisiana Bar No. 19703

3. Business address, telephone and fax numbers:
   12345 Perkins Rd., Bldg.2, Ste 202, Baton Rouge LA 70810, 225-408-0362/225-603-6493

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: LASC (1989); All LA Appellate Crts (1989)
   MDLA(11/30/89);EDLA(10/04/00);WDLA(10/23/96);5CirCOA(10/02/92);USSC(03/30/98)

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. 0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No


DEFENDANT'S EXHIBIT 3

US v. Edward Richmond, Jr.   23-mj-239 - ZMF - JEB                       Exhibit 3  Page 1

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. [✓] has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. [ ] has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. [ ] has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

01/25/2024                                              *John S. McLindon* (signature)
DATE                                                    SIGNATURE OF ATTORNEY
                                                        John S. McLindon