# Exhibit E

Video Provided via USAfx