UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD RICHMOND, JR.<br><br>Defendant. | Case No. 23-MJ-239-ZMF |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Edward Richmond, Jr., by and through his attorney, jointly respectfully move this Court to continue the status conference, which is currently scheduled for April 4, 2024, to the week of June 24, 2024.

In support of the motion, the government notes that government counsel is currently drafting formalized plea paperwork. The defense is being consulted during this process, and the parties are working on a good faith resolution in this case. Discovery is ongoing in the case as well.

WHEREFORE, the parties respectfully request that this Court grant the motion for a continuance and exclude time in the interests of justice.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   /s/ Victoria A. Sheets
      VICTORIA A. SHEETS
      Assistant United States Attorney
      NY Bar No. 5548623
      601 D Street NW

1

District of Columbia, DC 20530
(202) 252-7566
victoria.sheets@usdoj.gov

　/s/ John S. McLindon
JOHN S. MCLINDON
ATTORNEY AT LAW
LOUISIANA STATE BAR NO. 19703
12345 PERKINS ROAD, BLDG. 2 STE 202
BATON ROUGE, LOUISIANA 70810
OFFICE: (225) 408-0362
CELL: (225) 603-6493
EMAIL: JOHN@MCLINDONLAW.COM

## CERTIFICATE OF SERVICE

On April 1, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Victoria A. Sheets
VICTORIA A. SHEETS
Assistant United States Attorney
NY Bar No. 5548623
601 D Street NW
District of Columbia, DC 20530
(202) 252-7566
victoria.sheets@usdoj.gov