# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD RICHMOND, JR.<br><br>Defendant. | Case No. 23-MJ-239-ZMF |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Edward Richmond, Jr., by and through his attorney, jointly respectfully move this Court to continue the status conference, which is currently scheduled for June 25, 2024, to the week of July 15, 2024 or later—the parties expect to send the finalized plea to the Court shortly.

In support of the motion, the government notes that a plea agreement has been reached and the parties are in final negotiations over minor parts of the wording. Once the language is finalized, the parties will send the finalized version to the Court.

WHEREFORE, the parties respectfully request that this Court grant the motion for a continuance and exclude time in the interests of justice.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   */s/ Victoria A. Sheets*
VICTORIA A. SHEETS
Assistant United States Attorney
NY Bar No. 5548623
601 D Street NW

1

District of Columbia, DC 20530
(202) 252-7566
victoria.sheets@usdoj.gov

  /s/ John S. McLindon
JOHN S. MCLINDON
ATTORNEY AT LAW
LOUISIANA STATE BAR NO. 19703
12345 PERKINS ROAD, BLDG. 2 STE 202
BATON ROUGE, LOUISIANA 70810
OFFICE: (225) 408-0362
CELL: (225) 603-6493
EMAIL: JOHN@MCLINDONLAW.COM

**CERTIFICATE OF SERVICE**

On June 25, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Victoria A. Sheets
VICTORIA A. SHEETS
Assistant United States Attorney
NY Bar No. 5548623
601 D Street NW
District of Columbia, DC 20530
(202) 252-7566
victoria.sheets@usdoj.gov